**Miccah FOLEY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 46957.**

Missouri Court of Appeals,
Western District.

June 1, 1993.

Raymond L. Legg, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, P.J., and SPINDEN and SMART, JJ.

**ORDER**

PER CURIAM.

Appeal from denial of Rule 24.035 motion without an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).

**Marvin Lee IRVIN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 46581.**

Missouri Court of Appeals,
Western District.

June 1, 1993.

Brad B. Baker, Office of the State Public Defender, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before FENNER, P.J., and SPINDEN and SMART, JJ.

**ORDER**

PER CURIAM.

Appeal from the dismissal of a Rule 24.-035 motion for post-conviction relief.

Affirmed. Rule 84.16(b).